

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO. 3:10mj 497 |
| | ) | |
| v. | ) | |
| | ) | |
| JESUS M. HERNANDEZ-MARTINEZ, | ) | |
| | ) | |
| Defendant. | ) | |

## CRIMINAL INFORMATION

THE UNITED STATES ATTORNEY CHARGES THAT:

At all relevant times:

1. The defendant, JESUS M. HERNANDEZ-MARTINEZ, was present on Fort Lee, Virginia.

2. Fort Lee, Virginia, is property administered by the Department of Defense, in the Eastern District of Virginia, and is within the special territorial jurisdiction of the United States and this Court.

### COUNT ONE

On or about September 9, 2010, at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and being a place within the special territorial jurisdiction of the United States and this Court, defendant, JESUS M. HERNANDEZ-MARTINEZ, did possess a false identification document, to wit: a fraudulent social security

number card, with the intent that such document be used to defraud the United States, that is, to allow him access on Fort Lee to work.

(In violation of Title 18, United States Code, Section 1028(a)(4).)

## COUNT TWO

On or about September 9, 2010, at Fort Lee, Virginia, property administered by the Department of Defense, in the Eastern District of Virginia, and being a place within the special territorial jurisdiction of the United States and this Court, defendant, JESUS M. HERNANDEZ-MARTINEZ, did knowingly come onto Fort Lee to work without documents aliens working in the United States are required to present on demand.

(In violation of Title 8, United States Code, Section 1304(e).)

NEIL H. MACBRIDE  
UNITED STATES ATTORNEY

By: *[signature]*  
Collin P. Evans  
Special Assistant United States Attorney